IH-32

Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

### Full Caption of Later Filed Case:

United States, et al.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:26-cv-3404 |
| State of New York, et al. | |
| Defendant | |

### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

State of New York

| Plaintiff | Case Number |
|---|---|
| vs. | 26-cv-3300 |
| Coinbase Financial Markets, Inc. | |
| Defendant | |

IH-32                                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open            (If so, set forth procedural status and summarize any court rulings.)

Case removed from state to federal court. No responsive pleadings have been filed.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

In their complaint, the United States and CFTC cite New York's civil enforcement suit against Coinbase as an example of the State's unconstitutional and illegal attempts to supersede federal law through state regulations.

Signature: ALEXANDRA MCTAGUE
Digitally signed by ALEXANDRA MCTAGUE
Date: 2026.04.24 15:37:36 -04'00'

Date: 4/24/2026

Firm: United States Department of Justice, Civil Division, Enforcement & Affirmative Litigation Branch