**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF NEW YORK, *et al.*, <br><br> Defendants. | Case No. 1:26-cv-3404 |

## PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and supporting exhibit, Plaintiffs United States and Commodity Futures Trading Commission will move this Court before the Hon. Victor Marrero, United States District Court Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 on a date and a time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 65 for the issuance of preliminary injunction order.

Dated: May 1, 2026

Respectfully submitted,

By: */s/ Alexandra McTague*
Alexandra McTague
Senior Litigation Counsel
U.S. Department of Justice Civil Division
Enforcement & Affirmative Litigation Branch
450 5th Street, N.W., Suite 6400-South
Washington, D.C. 20530
Tel. 202-718-0483
Alexandra.mctague2@usdoj.gov

1

*Attorneys for the United States of America*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
450 5th St. NW,
Washington, DC 20001
Tiberius.davis@usdoj.gov
202-860-8970

ALEXANDRA McTAGUE
Senior Litigation Counsel
Alexandra.mctague2@usdoj.gov
202-718-0483

*Attorneys for the Commodity Futures Trading Commission*

Tyler S. Badgley
  General Counsel
M. Jordan Minot
  Deputy General Counsel
  (*pro hac vice pending*)
Anne Stukes
  Senior Assistant General Counsel
  (*pro hac vice pending*)
Carlin Metzger
  Senior Assistant General Counsel
  (*pro hac vice pending*)
Andrew J. Weisberg
  Senior Assistant General Counsel
  (*pro hac vice pending*)

U.S. Commodity Futures Trading Commission
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
Tel:  (202) 209-1087
Fax:  (202) 418-5567
tbadgley@cftc.gov
jminot@cftc.gov
astukes@cftc.gov
cmetzger@cftc.gov
aweisberg@cftc.gov

## NOTICE OF CONFERRAL

In compliance with Section VII(D) of Judge Marrero's Individual Practices, on April 30, 2026, the United States and CFTC conferred with the Office of the New York Attorney General to agree upon a briefing schedule for this motion. The United States and CFTC proposed that the defendants be given 14 days from service of the motion to submit a response, and the plaintiffs be given 7 days from service of the response to submit a reply. *See* Local Rule 6.1(b).  The

defendants initially proposed responding to the motion in 45 days, and then, on May 1, 2026, offered to respond in 30 days.  Based on the irreparable harm the plaintiffs and the CFTC's regulated entities stand to face from defendants' unlawful enforcement of preempted state gambling regulation, the plaintiffs cannot agree to a significantly extended briefing schedule. Thus, in the absence of an agreed-upon briefing schedule and in alignment with the Local Rules, the plaintiffs request that the Court order the defendants to respond to this motion within 14 days and order any reply to be filed within 7 days of service of the response.  *Id.*

Dated: May 1, 2026

*/s/ Alexandra McTague*
Alexandra McTague
Senior Litigation Counsel
U.S. Department of Justice Civil Division

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2026, I filed a copy of the foregoing Motion for Preliminary Injunction, the documents referred to therein, and the Proposed Order, using the CM/ECF system. I also certify that a copy of all filed documents will be served on defendants via FedEx to:

State of New York
c/o Office of New York State Attorney General
Managing Attorney's Office
28 Liberty St., 5th Floor
New York, NY 10005

Governor Kathleen Hochul
633 3rd Ave., 38th Floor
New York, NY 10017

Attorney General Letitia James
c/o Office of New York State Attorney General
Managing Attorney's Office
28 Liberty St., 5th Floor
New York, NY 10005

New York State Gaming Commission
354 Broadway
Schenectady, NY 12305

Robert Williams
c/o New York State Gaming Commission
354 Broadway
Schenectady, NY 12305

Brian O'Dwyer
c/o New York State Gaming Commission
354 Broadway
Schenectady, NY 12305

John A. Crotty
c/o New York State Gaming Commission
354 Broadway
Schenectady, NY 12305

Sylvia B. Hamer
c/o New York State Gaming Commission
354 Broadway
Schenectady, NY 12305

Martin J. Mack
c/o New York State Gaming Commission
354 Broadway
Schenectady, NY 12305

Peter J. Moschetti, Jr.
c/o New York State Gaming Commission
354 Broadway
Schenectady, NY 12305

Marissa Shorenstein
c/o New York State Gaming Commission
354 Broadway
Schenectady, NY 12305

Jerry Skurnik
c/o New York State Gaming Commission
354 Broadway
Schenectady, NY 12305

I further certify that I will send a courtesy copy via email to Assistant Attorney General

Kate Rhodes Janofsky at katherine.janofsky@ag.ny.gov and via FedEx to:

Kate Rhodes Janofsky
Office of New York State Attorney General
28 Liberty St., 5th Floor
New York, NY 10005

Dated: May 1, 2026

                                        */s/ Alexandra McTague*
                                        Alexandra McTague
                                        Senior Litigation Counsel
                                        U.S. Department of Justice Civil Division