USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/8/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>STATE OF NEW YORK, et al.,<br><br>Defendants. | **26 CV 3404 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the letter submitted by the Defendants on May 8, 2026, in the above-captioned matter, requesting that the Court extend their deadline to respond to Plaintiffs' Complaint from May 26, 2026, to 30 days after the Court rules on Plaintiffs' motion for a preliminary injunction. (See Dkt. No. 45.) The Court **GRANTS** this request.

The Court is also in receipt of Plaintiffs' letter submitted on May 8, 2026, requesting that the Court order Defendants to respond to Plaintiffs' motion for a preliminary injunction within fourteen (14) days from service of the Summons and Complaint. (See Dkt. No. 46.) The Court **DENIES** this request. In accordance with the Court's May 4, 2026, order, Defendants shall have thirty (30) days to respond to Plaintiffs' motion for preliminary injunctive relief upon service of the Summons and Complaint. (See Dkt. No. 42.)

1

2

**SO ORDERED.**

Dated:     8 May 2026
           New York, New York

                                      Victor Marrero
                                          U.S.D.J.