**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION,<br><br>               Plaintiffs,<br><br>          v.<br><br>STATE OF NEW YORK, *et al.*,<br><br>               Defendants. | Case No. 1:26-cv-3404 |

## <u>NOTICE DISMISSING GOVERNOR HOCHUL WITHOUT PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs the United States of America and the Commodity Futures Trading Commission dismiss this action, without prejudice, against Kathleen Hochul, in her official capacity as Governor of New York. The federal plaintiffs reserve the right to reassert their claims against Governor Hochul if she attempts to enforce any preempted state laws against CFTC-regulated entities.

Dated: June 12, 2026

1

By: */s/ Tiberius Davis*
*Attorneys for the United States of America*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
450 5th St. NW,
Washington, DC 20001
Tiberius.davis@usdoj.gov
202-860-8970

ALEXANDRA McTAGUE
Senior Litigation Counsel
Alexandra.mctague2@usdoj.gov
202-718-0483

By: */s/ Andrew J. Weisberg*
*Attorneys for the Commodity Futures Trading Commission*

Tyler S. Badgley
        General Counsel
M. Jordan Minot
        Deputy General Counsel
Anne Stukes
        Senior Assistant General Counsel
Carlin Metzger
        Senior Assistant General Counsel
Andrew J. Weisberg
        Senior Assistant General Counsel

U.S. Commodity Futures Trading Commission
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
Tel:  (202) 209-1087
Fax:  (202) 418-5567
tbadgley@cftc.gov
jminot@cftc.gov
astukes@cftc.gov
cmetzger@cftc.gov
aweisberg@cftc.gov

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, I filed a copy of the foregoing Notice of Dismissal using the Court's CM/ECF system, which will serve all registered counsel of record.

Dated: June 12, 2026

*/s/ Andrew J. Weisberg*
ANDREW J. WEISBERG
Senior Assistant General Counsel
Commodity Futures Trading Commission