UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

THE UNITED STATES OF AMERICA and
COMMODITY FUTURES TRADING
COMMISSION,

                                   Plaintiffs,

                    -against-

STATE OF NEW YORK, *et al.*,

                                   Defendants.

-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/6/2026___

Case No. 1:26-cv-03404-VM

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Brian J. Poronsky for admission to practice Pro Hac Vice in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Illinois and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Brian J. Poronsky |
| Firm Name: | Katten Muchin Rosenman LLP |
| Address: | 525 W. Monroe |
| City / State / Zip: | Chicago / IL / 60661 |
| Telephone: | (312) 902-5611 |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Gemini Titan, LLC, in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED:    July 6, 2026  
           New York, New York

Victor Marrero  
U.S.D.J.