```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/23/2026___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA, et al.,

                Plaintiffs,

      - against -

STATE OF NEW YORK, et al.,

                Defendants.

**26 CV 3404 (VM)**

**AMENDED ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The above-entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute: * Motion to Intervene (Dkt. Nos. 106, 109)

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

* Do not check if already referred for general pretrial.

Particular Motion:_____

___ All such motion

**SO ORDERED.**

Dated: July 23, 2026
      New York, New York

Victor Marrero
U.S.D.J.

1