USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 07/30/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES, et al.,

Plaintiffs,

-against-

STATE OF NEW YORK, et al.,

Defendants.

26-CV-3404 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

In the above-captioned action, the United States seeks to enjoin the State of New York from barring Gemini Titan, LLC (Gemini) and Coinbase Financial Markets, Inc. (Coinbase), which operate prediction markets, from doing so in New York without first obtaining a license from the New York State Gaming Commission. On June 10, 2026, Gemini and Coinbase filed letter-motions requesting pre-motion conferences regarding their anticipated motions to intervene as plaintiffs. (Dkts. 59, 61.) On July 21, 2026, the American Gaming Association filed a letter-motion requesting a pre-motion conference regarding its anticipated motion to intervene as a defendant. (Dkt. 106.) All three letter-motions are now fully briefed, and have been referred to me. (Dkts. 67, 111.)

The letter-motions were filed in accordance with Part II(A) of the District Judge's Individual Practices, which generally requires the parties to file a letter-motion and request a pre-motion conference before filing a noticed motion. I do not ordinarily require pre-motion letters or conferences. Further, having reviewed all three letter-motions (and the opposition and reply papers), I believe I have sufficient information to decide the intervention motions without further formal briefing. However, if any party wishes to file a more formal set of papers, or believes that I should hear oral argument, that party may (after meeting and conferring with its adversaries) file a letter, no later than **August 6, 2026**, setting forth its position and proposing a briefing and/or argument schedule. The letter should also advise me as to whether the other parties consent or object to the proposal.

Dated: New York, New York
July 30, 2026

**SO ORDERED**.

[signature]

**BARBARA MOSES**
**United States Magistrate Judge**