**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiffs,<br><br>          v.<br><br>STATE OF NEW YORK, *et al.*,<br><br>                    Defendants. | Case No. 1:26-cv-3404 |

**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Plaintiffs United States and Commodity Futures Trading Commission will move this Court before the Hon. Victor Marrero, United States District Court Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007 on a date and a time to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 65 for the issuance of a temporary restraining order.

Dated: July 30, 2026

Respectfully submitted,

By: */s/ Andrew J. Weisberg*
Andrew J. Weisberg
Senior Assistant General Counsel
U.S. Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, DC 20581
Tel. (202) 418-5574
aweisberg@cftc.gov

1

*Attorneys for the United States of America*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
450 5th St. NW,
Washington, DC 20001
Tiberius.davis@usdoj.gov
202-860-8970

ALEXANDRA McTAGUE SCHULTE
Senior Litigation Counsel
Alexandra.mctague2@usdoj.gov
202-718-0483

*Attorneys for the Commodity Futures Trading Commission*

Tyler S. Badgley
        General Counsel
M. Jordan Minot
        Deputy General Counsel
Anne Stukes
        Senior Assistant General Counsel
Carlin Metzger
        Senior Assistant General Counsel
Andrew J. Weisberg
        Senior Assistant General Counsel

U.S. Commodity Futures Trading Commission
Three Lafayette Center
1155 21st Street, NW
Washington, DC 20581
Tel: (202) 209-1087
Fax: (202) 418-5567
tbadgley@cftc.gov
jminot@cftc.gov
astukes@cftc.gov
cmetzger@cftc.gov
aweisberg@cftc.gov

## NOTICE OF CONFERRAL

In compliance with Section VII(D) of Judge Marrero's Individual Practices, at 4:16pm on June 30, 2026, the Plaintiffs informed counsel for the Defendants of Plaintiffs' intent to file this motion and asked for (1) a stipulation that the State would not seek to pursue enforcement actions while the Court considered the pending motion for a preliminary injunction or (2) a position on this motion. Plaintiffs did not receive a response as of the filing of this motion but remain amenable to conferring with counsel for the Defendants.

Dated: July 30, 2026

> */s/ Andrew J. Weisberg*
> Andrew J. Weisberg
> Senior Assistant General Counsel
> U.S. Commodity Futures Trading Commission

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I filed a copy of the foregoing Motion for a Temporary Restraining Order, an accompanying Memorandum of Law, and the Proposed Order, using the CM/ECF system, which served all registered counsel of record for the parties.

Dated: July 30, 2026

> */s/ Andrew J. Weisberg*
> Andrew J. Weisberg
> Senior Assistant General Counsel
> U.S. Commodity Futures Trading Commission