AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States of America and CFTC<br>*Plaintiff*<br>v.<br>State of New York<br>*Defendant* | ) ) ) ) ) | Case No. 1:26-CFV-03404 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

American Gaming Association .

Date: 08/06/2026

/s/ Kevin F. King
*Attorney's signature*

Kevin F. King; Md. Bar No. 1012150134
*Printed name and bar number*

COVINGTON & BURLING LLP
One City Center
850 10th Street NW
Washington, DC 20001
*Address*

KKing@cov.com
*E-mail address*

(202) 662-6000
*Telephone number*

(202) 778-5488
*FAX number*