UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :
   UNITED STATES OF AMERICA et al.,                  :
                                                     :
                              Plaintiffs,            :          26 Civ. 3404 (LGS)
                                                     :
              -against-                              :          **ORDER**
                                                     :
   STATE OF NEW YORK et al.,                         :
                                                     :
                              Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

   WHEREAS, the Orders entered June 11, 2026 (Dkt. No. 67) and July 23, 2026 (Dkt. No.

111), referred the motions to intervene filed at Dkt. Nos. 59, 61 and 106 to Magistrate Judge

Barbara C. Moses.  It is hereby

   **ORDERED** that the Orders at Dkt. Nos. 67 and 111 are **WITHDRAWN**.

Dated: August 7, 2026
       New York, New York

_____
       **LORNA G. SCHOFIELD**
     **UNITED STATES DISTRICT JUDGE**