UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA et al., Plaintiffs, -against- STATE OF NEW YORK et al., Defendants. | 26 Civ. 3404 (LGS) |
| NORTH AMERICAN DERIVATIVES EXCHANGE, INC., Plaintiff, -against- LETITIA JAMES et al., Defendants. | 26 Civ. 4980 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a preliminary injunction hearing is scheduled for September 14, 2026, at 11:00 A.M. in the above-captioned cases. It is hereby

**ORDERED** that arguments will be heard as follows: Plaintiffs United States and Commodity Futures Trading Commission shall have twenty minutes. Plaintiff OG shall have ten minutes. Defendants shall have thirty minutes.

Dated: August 31, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE