**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION | ) | |
| *Plaintiffs*, | ) | No. 1:26-cv-3404 |
| v. | ) | |
| STATE OF NEW YORK *et al.*, | ) | |
| *Defendants.* | ) | |

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AS ATTORNEY**

In support of her motion to withdraw as counsel of record, Attorney Alexandra McTagueSchulte states as follows:

1. Attorney Tiberius Davis of the U.S. Department of Justice Civil Division has already appeared on behalf of the United States and will continue to represent the United States in this matter.

2. Attorney Alexandra McTague Schulte has not been substantively involved in this litigation since the filing of the Complaint.

3. Attorney Alexandra McTague Schulte seeks to withdraw from representation in this matter because she has had limited involvement in the case and because she is leaving the Department of Justice at the end of this month.

4. The filing of this motion to withdraw has been approved by Attorney Alexandra McTague Schulte's supervisor.

The undersigned attorney also respectfully requests that this Court excuse her from filing proof of service upon the client given that the Department of Justice represents the United States in this matter.

The undersigned attorney also respectfully requests that upon granting the motion to withdraw, she is also removed from all ECF notifications in this matter.

Respectfully submitted,

*s/ Alexandra McTague Schulte*
Alexandra McTague Schulte
Senior Litigation Counsel
U.S. Department of Justice Civil Division
Enforcement & Affirmative Litigation
P.O. Box 386
Washington, D.C. 20044
alexandra.schulte@usdoj.gov