**U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Centre
1155 21st Street, NW, Washington, DC 20581
Telephone: (202) 418-5000
*www.cftc.gov*

**Office of the General Counsel**
Andrew J. Weisberg
Senior Assistant General Counsel
aweisberg@cftc.gov
(202) 418-5574

October 5, 2026

**Via ECF**
The Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

***Re:*** *United States v. State of New York et al.* (26-cv-3404)
Notice of Supplemental Authority

Dear Judge Schofield:

Pursuant to this Court's instruction that, in the event of new supplemental authority, the parties should inform the Court of the decision without argument, the Plaintiffs write to inform the Court of a post-submission opinion issued by the United States District Court for the Northern District of Illinois. *See United States v. Illinois*, No. 26-cv-03659, 2026 WL 2969682, at *1 (N.D. Ill. Oct. 2, 2026), attached as **Exhibit A**.

Sincerely,

**Andrew J. Weisberg**
Senior Assistant General Counsel
Office of the General Counsel
Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st St., N.W.
Washington, D.C. 20581
Tel: (202) 418-5574
aweisberg@cftc.gov

CC (by ECF): All counsel of record