**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

October 23, 2026

**By ECF**
The Hon. Lorna G. Schofield
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States et al. v. State of New York et al.*, 26-CV-3404
[rel. 26-cv-3300 and 26-cv-04980]

Dear Judge Schofield:

Defendants submit this response to Plaintiffs' notice (ECF 179) regarding the CFTC's Notice of Proposed Rulemaking (ECF 179-1) ("NPRM"). The NPRM should be given no weight in the Court's determination of Plaintiffs' preliminary injunction motion because it is irrelevant and has no persuasive or evidentiary value.

An NPRM has no legal effect and is "simply a proposal" that an agency may choose to adopt or withdraw upon further consideration. *Long Is. Care at Home, Ltd. v. Coke*, 551 U.S. 158, 175 (2007). The Court should therefore give no weight to the CFTC's proposal to define "swap" to include "event contracts, including those based on sports, politics-, cultural-, and weather-related events," (NPRM at 11) because it "may not occur as anticipated, or indeed may not occur at all." *Trump v. California*, 609 U.S. ----, 2026 WL 2473573, at *4 (Aug. 24, 2026) (citation omitted). Indeed, earlier this year, the CFTC withdrew a contrary 2024 NPRM in connection with events contracts. *Cf. Bittner v United States*, 598 US 85, 97 (2023) (Government guidance documents "cannot displace our independent obligation to interpret the law…. And surely [prior contrary guidance] counts as one more reason yet to question whether its current position represents the best view of the law.").

Moreover, even if such a rule were to be passed, it would not withstand scrutiny because, *inter alia*, expanding the definition of "swaps" to include transactions that lack the characteristics required by the statutory definition (ECF 56 12-23) exceeds the agency's statutory authority. *See, e.g., Nat'l Res. Def. Council v. Nat'l Highway Safety Admin.*, 894 F.3d 95, 108–11 (2d Cir. 2018) (vacating agency rule that exceeded its statutory authority). *Cf. QCX LLC v. Nessel,* 2026 WL 1895958 at *7 (W.D. Mich. June 17, 2026) (15 U.S.C. §8321(b) does not confer authority "to erase Congress's definition" or "allow the CFTC to expand the definition of swap beyond what Congress enumerated" or "deprive the courts of their duty" to define the law.).

If and when such a rule is ever promulgated, Defendants will seek leave of the Court to address it further at that time.

Respectfully submitted,

*/s/ Katherine Rhodes Janofsky* ______
KATHERINE RHODES JANOFSKY
Assistant Attorney General
28 Liberty Street, New York, NY 10005

cc (by ECF): All counsel of record

**WORD COUNT CERTIFICATION**

In accordance with the Court's order ECF 177, I hereby certify this letter contains 350 words (including footnotes), exclusive of the address lines, case caption, salutation, memo line, and signature block, as established using the word court function of Microsoft Word.

*/s/Katherine Rhodes Janofsky*
KATHERINE RHODES JANOFSKY